UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION


FILED
2020 JUL 20 PM 12: 46

| | | |
|---|---|---|
| ELISEO GONZALEZ-UMANA, | § § § | |
| *Petitioner,* | § | |
| v. | § § | |
| COREY PRICE, *ICE Field Director*; RONALD D. VITIELLO, *Acting Director of Immigration and Customs Enforcement*; CHAD F. WOLF, *Acting Secretary of the Department of Homeland Security*; WILLIAM BARR, *United States Attorney General*; *in their official capacities.* | § § § § § § § § § | EP-20-CV-00207-DCG |
| *Respondents.* | § § | |

## ORDER REQUIRING RESPONDENTS TO FILE A RESPONSE

On this day, the Court considered Petitioner Eliseo Gonzalez-Umana's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (ECF No. 1), filed on July 15, 2020. Therein, Petitioner seeks a court order requiring Respondents to render a custody determination.

Accordingly, **IT IS HEREBY ORDERED** that Respondents **SHALL FILE** a response to the Petition by no later than **August 17, 2020.**

**IT IS FURTHER ORDERED** that Petitioner **MAY FILE** a reply to Respondents' response, provided that the reply is filed no later than **fourteen (14) days** after the date of service of the response.

**IT IS MOREOVER ORDERED** that Respondents, their agents, or anyone else acting on their behalf **SHALL NOTIFY** the Court before taking any action to transfer Petitioner outside of the Western District of Texas.

IT IS FINALLY ORDERED that the District Clerk **SHALL FURNISH** the Office of the United States Attorney in El Paso, Texas, with copies of the Petition (ECF No. 1) and the instant Order, and such delivery **SHALL** constitute sufficient service of process.

So **ORDERED and SIGNED** this 20th day of July 2020.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE