UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ELISEO GONZALEZ-UMANA**, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| **COREY PRICE,** *ICE Field Director*; **RONALD D. VITIELLO,** *Acting Director of Immigration and Customs Enforcement*; **CHAD F. WOLF**, *Acting Secretary of the Department of Homeland Security*; **WILLIAM BARR,** *United States Attorney General*; *in their official capacities*. | § § § § § § § § § § | EP-20-CV-00207-DCG |
| *Respondents*. | § | |

## ORDER DISMISSING CASE

On August 6, 2020, Petitioner Eliseo Gonzalez-Umana filed his "Unopposed Motion to Dismiss" (ECF No. 3). Therein, Petitioner informs the Court that Respondents have released him from custody, rendering his "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (ECF No. 1) moot. Because Petitioner filed the instant motion to dismiss before Respondents filed a responsive pleading, the Court construes the instant motion as a voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, **IT IS ORDERED** that Petitioner Eliseo Gonzalez-Umana's "Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE;**

**IT IS FURTHER ORDERED** that the Court's "Order Requiring Respondents to File a Response" (ECF No. 2) is **HEREBY VACATED.**

**IT IS FURTHER ORDERED** that each side shall bear its own attorney's fees and costs.

**IT IS MOREOVER ORDERED** that all pending motions, if any, are denied as **MOOT**.

**IT IS FINALLY ORDERED** thapt the Clerk of the Court shall **CLOSE** this case.

**So ORDERED and SIGNED this 7th day of August 2020.**

_____
**DAVID C. GUADERRAMA
UNITED STATES DISTRpICT JUDGE**